Daniel Sadeh, Esq.
**HALPER SADEH LLP**
375 Park Avenue, Suite 2607
New York, NY 10152
Telephone: (212) 763-0060
Facsimile: (646) 776-2600
Email: sadeh@halpersadeh.com

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KENNY LEE,<br><br>    Plaintiff,<br><br>    v.<br><br>INNERWORKINGS, INC., RICH STODDART, JACK M. GREENBERG, CHARLES K. BOBRINSKOY, LINDSAY Y. CORBY, DAVID FISHER, ADAM J. GUTSTEIN, JULIE M. HOWARD, KIRT P. KARROS, and MARC ZENNER,<br><br>    Defendants. | Case No: 1:20-cv-03812-KAM-SJB<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Kenny Lee hereby voluntarily dismisses the above-captioned action. Defendants have not served an answer or a motion for summary judgment.

Dated: October 20, 2020                                        Respectfully submitted,

                                                                  **HALPER SADEH LLP**

                                                                  By: /s/ Daniel Sadeh
                                                                  Daniel Sadeh, Esq.
                                                                  375 Park Avenue, Suite 2607
                                                                  New York, NY 10152
                                                                  Telephone: (212) 763-0060
                                                                  Facsimile: (646) 776-2600

Email: sadeh@halpersadeh.com

*Counsel for Plaintiff*

2

## **CERTIFICATE OF SERVICE**

      I, Daniel Sadeh, hereby certify that on October 20, 2020, a true and correct copy of the annexed **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** was served in accordance with the Federal Rules of Civil Procedure with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all parties with an email address of record who have appeared and consented to electronic service in this action.

Dated: October 20, 2020                                      /s/ Daniel Sadeh
                                                                                       Daniel Sadeh